Opinion issued November 10, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00153-CV

———————————

GISELLE
BORBON (FORMERLY RODRIGUEZ), Appellant

V.

SAMUEL RODRIGUEZ AND DAVID ECKMAN,
Appellees



 



 

On Appeal from the 247th District Court Harris County, Texas



Trial Court Cause No. 2009-13555

 



 

MEMORANDUM OPINION

          Appellant, Giselle Borbon (formerly Rodriguez), has
neither established indigence nor paid all the required fees.  See Tex.
R. App. P. 5 (requiring payment of fees in civil cases unless indigent),
20.1 (listing requirements for establishing indigence); see also Tex. Gov’t Code Ann. §§ 51.207,
51.941(a), 101.041 (Vernon Supp. 2004) (listing fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees
in court of appeals).  After being
notified that this appeal was subject to dismissal, appellant, Giselle Borbon
(formerly Rodriguez), did not adequately respond.  See Tex.
R. App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary
dismissal of case).

          We
dismiss this appeal for nonpayment of all required fees.  All pending motions are denied.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Sharp.